**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | ) | |
| **ANTHONY SISONICK** | ) | **Case Number: 10-02606** |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **GC SERVICES, LP** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, ANTHONY SISONICK, pursuant to

Rule  41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the

action captioned above, with prejudice.


BY:_/s/  Bruce K. Warren
　　　　Bruce K. Warren, Esquire
　　　　Attorney for Plaintiff
　　　　Attorney I.D. #89677
　　　　Warren & Vullings, LLP
　　　　1603 Rhawn Street
　　　　Philadelphia, PA  19111
　　　　215-745-9800